UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MARY JACKSON,<br><br>          Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION;<br><br>          Defendant. | 4:25-CV-04080-VLD<br><br>ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>DOCKET NO. 23 |

Plaintiff moves for attorneys' fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  See Docket No. 17.  The Commissioner does not object.  See Docket No. 19.  Accordingly, it is hereby

ORDERED that plaintiff's motion is granted.  Plaintiff is awarded EAJA attorneys' fees in the total amount of $8,915.00 to be paid by the Social Security Administration.  Funds shall be made payable to plaintiff but sent to plaintiff's counsel after it has been determined there is no offset owed to the government by Mary Jackson, or after such offset has been subtracted.  See Astrue v. Ratliff, 560 U.S. 586, 598 (2010).

DATED this 2nd day of June, 2026.

BY THE COURT:

*Veronica L. Duffy*

_____
VERONICA L. DUFFY
United States Magistrate Judge